# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONOVAN JOSEPH, | Case No.: 2:18-cv-02301-KJD-GWF |
| Petitioner | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents | |

Before the court is 28 U.S.C. § 2254 habeas corpus petitioner Donovan Joseph's motion for extension of time to file an opposition to the motion to dismiss (ECF No. 14). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file an opposition to the motion to dismiss (ECF No. 14) is **GRANTED**. Petitioner shall file the opposition on or before August 14, 2019.

Dated: July 16, 2019

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE