# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONOVAN JOSEPH,<br><br>    Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents | Case No.: 2:18-cv-02301-KJD-GWF<br><br>**ORDER** |

Before the court is respondents' motion for extension of time to file a response to Donovan Joseph's pro se 28 U.S.C. § 2254 habeas corpus petition (ECF No. 22). Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file a response to the petition (ECF No. 22) is **GRANTED** nunc pro tunc.

Dated: May 8, 2020

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE