# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONOVAN JOSEPH,<br><br>　　　　Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents | Case No.: 2:18-cv-02301-KJD-GWF<br><br>**ORDER** |

Before the court is petitioner Donovan Joseph's motion for extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition.  Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file a reply in support of his petition (ECF No. 29) is **GRANTED** *nunc pro tunc*.

Dated: December 1, 2020

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE